**COX, WOOTTON, LERNER,**
**GRIFFIN & HANSEN, LLP**
Max L. Kelley (SBN 205943)
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: mkelley@cwlfirm.com
mcefalu@cwlfirm.com

Attorneys for Plaintiff
BENICIA HARBOR CORPORATION dba
BENICIA MARINA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA<br><br>Plaintiff,<br><br>v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER DIRECTING THE ISSUANCE OF A WARRANT OF MARITIME ARREST** |

Plaintiff BENICIA HARBOR CORPORATION dba BENICIA MARINA ("Benicia Marina" or "Plaintiff"), by and through its attorneys of record, hereby applies *ex parte* to this Court for the issuance of an Order directing the Clerk of the Court to issue a Warrant of Arrest against the *in rem* defendant vessel, M/V IDA LOUISE, a 68.4 foot wooden-hulled motor yacht of U.S. registry, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule C(3), and Local Admiralty and In Rem Rules 510, 512, and 550.

/ / /

/ / /

This Application is based on the Request for Review submitted herewith, the Verified Complaint concurrently filed in this matter, and the associated pleadings filed herewith, including the (Proposed) Order Issuing Warrant for Arrest, and the proposed Warrant for Arrest.

Dated: February 2, 2023

COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP
Attorneys for Plaintiff
BENICIA HARBOR CORPORATION dba
BENICIA MARINA

By: ____/s/ Max L. Kelley__________________
Max L. Kelley

COX, WOOTTON,
LERNER, GRIFFIN, &
HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

BHC.David / 6027