**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**
Max L. Kelley (SBN 205943)
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: mkelley@cwlfirm.com
mcefalu@cwlfirm.com

Attorneys for Plaintiff
BENICIA HARBOR CORPORATION dba
BENICIA MARINA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA<br><br>Plaintiff,<br><br>v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**IN ADMIRALTY**<br><br>**WARRANT OF ARREST** |

**TO THE UNITED STATES MARSHAL OF THIS DISTRICT:**

WHEREAS a Verified Complaint has been filed in the United States District Court for the Eastern District of California by Plaintiff BENICIA HARBOR CORPORATION dba BENICIA MARINA against the *in rem* defendant vessel M/V IDA LOUISE, a 68.4 foot wooden-hulled motor yacht of U.S. registry, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., (hereinafter "Vessel") setting forth admiralty and maritime claims; and

WHEREAS, the Verified Complaint prays for the arrest of the Vessel pursuant to process issued from this Court, and the Court, after due consideration, has signed an Order for the Issuance of this Warrant of Arrest, at true and correct copy of which is attached

hereto;

THEREFORE, YOU ARE HEREBY COMMANDED to arrest the above-named Vessel and her appurtenances forthwith and to detain said Vessel in your custody until further Order of the Court respecting the Vessel, or upon express authorization from Plaintiff's attorney, in accordance with the provisions of Supplemental Rule E of the Federal Rules of Civil Procedure.

YOU ARE FURTHER COMMANDED to file this process with the Court upon your return thereon promptly after its execution, and to mail or email a copy of this process and the return thereon to Plaintiff's attorneys at: Max L. Kelley, Cox, Wootton, Lerner, Griffin & Hansen, LLP, 900 Front Street, Suite 350, San Francisco, California, 94111; mkelley@cwlfirm.com.

DATED: ___________________ By: ________________________________
Clerk, United States District Court

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601