**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
Max L. Kelley  (SBN 205943)
Marc T. Cefalu  (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: mkelley@cwlfirm.com
mcefalu@cwlfirm.com

Attorneys for Plaintiff
BENICIA HARBOR CORPORATION dba
BENICIA MARINA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA,<br><br>Plaintiff,<br><br>v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10,<br><br>Defendants. | Case No.2:23-cv-0205 CKD<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN** |

Plaintiff BENICIA HARBOR CORPORATION dba BENICIA MARINA ("Benicia Marina" or "Plaintiff"), by and through its counsel of record, Cox, Wootton, Lerner, Griffin & Hansen, LLP, having appeared and made the following recitals:

1. On or around February 1, 2023, and concurrently with this Proposed Order, the Verified Complaint in this matter was filed seeking the arrest and foreclosure sale of the Defendant Vessel M/V IDA LOUISE, a 68.4 foot wooden-hulled motor yacht of U.S. registry, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc. (the "Vessel"), to satisfy Plaintiff's claims as stated therein.

2. Subsequently, the Clerk was ordered by this Court to issue a Warrant for Arrest commanding the U.S. Marshal for the Eastern District of California to arrest and take

BHC.David / 6027

COX, WOOTTON,
LERNER, GRIFFIN, &
HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER APPOINTING SUBSTITUTE CUSTODIAN

1  into custody the defendant Vessel and to maintain it in his custody until further Order of
2  this Court.
3     3.   The defendant Vessel is currently located within the Eastern Judicial District
4  of California.
5     4.   It is contemplated that the U.S. Marshal will seize the Vessel forthwith.  The
6  U.S. Marshal does not provide the services for the safekeeping of vessels he arrests.
7     5.   Benicia Marina, as the Court's designated Substitute Custodian, has agreed
8  to assume the responsibility of safekeeping the Vessel from the U.S. Marshal immediately
9  following his arrest of the Vessel, and has consented to act as the Vessel's custodian until
10 further Order of this Court, all for a sum, including for storage and routine services required
11 for safekeeping the Vessel, at its customary rates, as set forth in the Substitute Custodian's
12 concurrently filed supporting declaration.
13    6.   Benicia Marina, by declaration, avers that it has adequate personnel,
14 experience, and supervision for the proper safekeeping of the Vessel, and that it has liability
15 insurance, underwritten by Hanover Insurance Company, with a $1,000,000 aggregate
16 coverage limit, including excess coverage, of $4,000,000.
17    7.   Furthermore, in accordance with the terms of this Order, Benicia Marina, as
18 Substitute Custodian, accepts possession of and responsibility for the Vessel following its
19 arrest.
20    8.   In consideration of the U.S. Marshal's consent to this substitution of custody,
21 Benicia Marina agrees to release the United States and the U.S. Marshal from any and all
22 liability and responsibility arising out of the care and custody of the Vessel, its engines,
23 tackle, apparel, furniture, and all other appurtenances pertaining and belonging thereto,
24 from the time the Marshal transfers possession of the Vessel to Benicia Marina as Substitute
25 Custodian until the Vessel is released from arrest pursuant to this Court's order or operation
26 of law.
27    9.   The Plaintiff further agrees to hold harmless and indemnify the United States and
28 the U.S. Marshal from any and all claims whatsoever arising out of the Substitute

COX, WOOTTON,
LERNER, GRIFFIN, &
HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

BHC.David / 6027

Custodian's possession and safekeeping of the Vessel.

THEREFORE, IT IS HEREBY ORDERED that the U.S. Marshal for the Eastern District of California is hereby authorized to execute service of process on the Defendant Vessel by all lawful means, and is further authorized and directed, upon his seizure of the Vessel pursuant to this Court's duly-issued Warrant for Arrest, to surrender the custody and possession of the Vessel to Benicia Marina as Substitute Custodian, and that upon such surrender, the U.S. Marshal shall be discharged from further duties and responsibilities for the safekeeping of the Vessel and held harmless by Benicia Marina from any and all claims arising whatsoever out of the substitute custodian's possession, custody, and safekeeping of the Vessel.

IT IS FURTHER ORDERED that Benicia Marina be, and is hereby, appointed the custodian of the Vessel to retain it in its custody for possession and safekeeping, for the aforementioned compensation until further Order of this Court.

IT IS FURTHER ORDERED that the Substitute Custodian is authorized to take any and all steps to ensure the safekeeping and protection of the Vessel including, but not limited to, moving the Vessel to a different location for safekeeping during the pendency of this action as is reasonably necessary for the protection and safekeeping of the Vessel.

It is anticipated that during the pendency of this action the Vessel will need basic maintenance and minor repairs to keep it seaworthy and marketable, including top and bottom cleaning, and periodic battery charging. IT IS THEREFORE FURTHER ORDERED that Benicia Marina is authorized to perform such maintenance and repairs in a professional and cost-effective manner in its professional discretion. Any major repairs or unanticipated maintenance will be undertaken only if ordered by the Court.

IT IS FURTHER ORDERED that all reasonable expenses for the safekeeping and maintenance of the Vessel shall be deemed administrative expenses of the U.S. Marshal and any and all unearned sums paid to the U.S. Marshal by Benicia Marina shall be refunded to the Plaintiff.

/ / /

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

BHC.David / 6027

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER APPOINTING SUBSTITUTE CUSTODIAN

IT IS FURTHER ORDERED that Plaintiff's counsel of record will serve a copy of this Order on the Vessel and all parties who may appear in this action.

**IT IS SO ORDERED.**

Dated: February 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

BHC.David / 6027