**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
Max L. Kelley  (SBN 205943)
Marc T. Cefalu  (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: mkelley@cwlfirm.com
mcefalu@cwlfirm.com

Attorneys for Plaintiff
BENICIA HARBOR CORPORATION dba
BENICIA MARINA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10,<br><br>    Defendants. | Case No 2:23-cv-0205 CKD<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER DIRECTING THE ISSUANCE OF A WARRANT OF MARITIME ARREST** |

Plaintiff BENICIA HARBOR CORPORATION dba BENICIA MARINA ("Benicia Marina" or "Plaintiff"), has applied for an Order authorizing the issuance of a warrant for the arrest of the defendant Vessel M/V IDA LOUISE, a 68.4 foot wooden-hulled motor yacht of U.S. registry, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc. (the "Vessel").

Upon reviewing Plaintiff's Request for Review and associated pleadings, including the Verified Complaint and its supporting exhibits, the Court finds that the conditions for an *in rem* action in accordance with Federal Rules of Civil Procedure, Supplemental Rules For Certain Admiralty and Maritime Claims ("Supplemental Rules"), Rule C, appear to exist.

/ / /

BHC.David / 6027

**THEREFORE IT IS HEREBY ORDERED** that:

1. The Clerk of this Court is authorized to, and shall issue a Warrant for the Arrest of the Vessel, as prayed for in the Verified Complaint;

2. The Marshal of this District is authorized to, and shall serve the Warrant of Arrest on the Vessel, take her into custody in this District, and relinquish custody to the Court-appointed Substitute Custodian as set forth in this Court's concurrently issued Order Appointing Substitute Custodian;

3. As provided for in Supplemental Rule E, any person claiming an interest in the Vessel arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing at which time Benicia Marina shall be required to show why the arrest should not be vacated or other relief granted; and

4. A copy of this Order shall be attached to and served with the Warrant of Arrest.

Dated: February 2, 2023

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

BHC.David / 6027

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER DIRECTING ISSUANCE OF A WARRANT OF MARITIME ARREST