1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BENICIA HARBOR CORPORATION dba          No.  2:23-cv-00205-CKD
     BENICIA MARINA
12
                        Plaintiff,
13        v.                                   ORDER

14   M/V IDA LOUISE, Official No. 224620,
     engines, tackle, machinery, furniture,
15   apparel, appurtenances,

16                      Defendant.

17

18        This matter is before the court on Plaintiff Benicia Harbor Corporation's ex parte

19   application for order of publication under Local Rule 171, Local Rule 580, and Rule C(4) of the

20   Supplemental Federal Rules of Civil Procedure for Admiralty or Maritime Claims and Asset

21   Forfeiture Actions. The Vessel at issue is located at the Benicia Marina in Benicia, California.

22   (ECF No. 1 at ¶ 3.)

23        Plaintiff requests this court to authorize publication of its Notice of Arrest of Vessel (ECF

24   No. 15 at 5) in the *Sacramento Bee*. Plaintiff states the *Sacramento Bee* is best suited to provide

25   the public, including potential claimants and intervenors, with notice of the Vessel's arrest due to

26   its general circulation in the Eastern District of California. (Id. at 3.) The court has reviewed the

27   request for publication and finds good cause exists therefore. The Notice shall be published once

28   weekly for two consecutive weeks in the **Sacramento Bee**.

                                         1

1    In accordance with the above, IT IS HEREBY ORDERED:

2       1.  Plaintiff's ex parte application for order of publication (ECF No. 15) is granted.

3       2.  The Notice of Action in Rem and Arrest of Vessel (ECF No. 15 at 5) is to be

4           published once weekly for two consecutive weeks in the *Sacramento Bee*.

5       3.  Plaintiff shall file a sworn proof of publication by or on behalf of the publisher of the

6           Sacramento Bee not later than twenty-eight (28) days after the second date of

7           publication of the Notice of Action in Rem and Arrest of Vessel.

8    Dated:  March 3, 2023

9                                            _____
                                             CAROLYN K. DELANEY
10                                           UNITED STATES MAGISTRATE JUDGE

11

12   8.Benicio23cv205.lr171

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28