| | |
|---|---|
| 1 | **COX, WOOTTON, LERNER,** |
|   | **GRIFFIN & HANSEN, LLP** |
| 2 | Max L. Kelley  (SBN 205943) |
|   | Marc T. Cefalu  (SBN 203324) |
| 3 | 900 Front Street, Suite 350 |
|   | San Francisco, CA  94111 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | BENICIA HARBOR CORPORATION dba |
|   | BENICIA MARINA |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA, | ) ) ) ) | Case No.: 2:23-cv-00205-CKD |
| | ) | **IN ADMIRALTY** |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING STIPULATION FOR AN ORDER AUTHORIZING REMOVAL OF PERSONAL ITEMS FROM THE DEFENDANT VESSEL IDA LOUISE** |
| v. | ) ) ) | |
| M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

PURSUANT TO THE STIPULATION OF THE PARTIES, **IT IS HEREBY ORDERED**:

That the items of personal property listed on the attached **EXHIBIT A** are not appurtenances to the Defendant Vessel IDA LOUISE ("Defendant Vessel") and may be removed from the Defendant Vessel by the Substitute Custodian and returned to the Vessel's putative owner Lady Benjamin Cannon, or her authorized agent William Goodyear, at a mutually convenient location, date, and time to be agreed upon by the Parties

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

BHC.David / 6027

-1-   Case No. 2:23-cv-00205-CKD
[PROPOSED] ORDER GRANTING STIPULATION FOR REMOVAL OF PERSONAL ITEMS FROM THE DEFENDANT VESSEL IDA LOUISE

and the Substitute Custodian, as a soon as reasonably possible.

Furthermore, the Substitute Custodian is to provide notice to the U.S. Marshal by delivering a copy of this Order to his or her office.

**IT IS SO ORDERED.**

Dated: March 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.beni23cv205.stip

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

BHC.David / 6027

-2-                                                                                                                   Case No. 2:23-cv-00205-CKD
[PROPOSED] ORDER GRANTING STIPULATION FOR REMOVAL OF PERSONAL ITEMS FROM THE DEFENDANT VESSEL IDA LOUISE