**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**
Max L. Kelley (SBN 205943)
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: mkelley@cwlfirm.com

Attorneys for Plaintiff
BENICIA HARBOR CORPORATION dba
BENICIA MARINA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA<br><br>Plaintiff,<br><br>v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10,<br><br>Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS. | Case No.: 2:23-cv-00205-CKD<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF AND COUNTER-DEFENDANT BENICIA HARBOR CORPORATION DBA BENICIA MARINA'S ANSWER TO LADY BENJAMIN PD CANNON'S COUNTERCLAIM** |

Plaintiff and Counter-Defendant BENICIA HARBOR CORPORATION dba BENICIA MARINA ("BHC") answers Counter-Claimant LADY BENJAMIN PD CANNON's ("Cannon") Verified Counter-Claim ("Counterclaim") and each cause of action contained therein as follows:

/ / /

/ / /

/ / /

## INTRODUCTION

1. BHC lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in Paragraph 1 of the Counterclaim and therefore denies them.

2. BHC lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in Paragraph 2 of the Counterclaim and therefore denies them.

3. BHC admits the allegation in this paragraph that BHC stated in its verified complaint that "the current record owner" [of the Vessel] appear[s] to be Lady Benjamin Philip Diaz Cannon. BHC denies all other allegations in Paragraph 3.

4. Admitted

## THE PARTIES

5. Admitted.

6. Admitted.

## JURISDICTION AND VENUE

7. Admitted.

8. Admitted.

## FIRST CAUSE OF ACTION

**(Wrongful Arrest)**

9. This paragraph contains no factual or charging allegations and does not require a response.

10. BHC admits that no invoice for rent or electricity charges was ever directed to Cannon because she was never a lawful tenant of the Marina.

11. BHC admits that Cannon presented a check to BHC purportedly for outstanding rent and electricity charges and that it was never cashed, but denies that BHC accepted the check.

12. Admitted.

13. Denied.

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

**SECOND CAUSE OF ACTION**

**(Failure of Substitute Custodian to Maintain and Protect the Vessel)**

14. This paragraph contains no factual or charging allegations and does not require a response.

15. Admitted.

16. Admitted.

17. Admitted.

18. Denied.

19. Denied.

20. Denied.

21. BHC lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations in Paragraph 21 of the Counterclaim as no Exhibit was attached and therefore denies them. BHC denies that it ever has or will take any action, or has failed, or will fail, to take any action, detrimental to the Vessel during its custodianship.

22. Denied.

**AFFIRMATIVE DEFENSES**

1. The Counterclaim and each cause of action therein fail to state facts sufficient to constitute a cause of action or claim for relief.

2. The Counterclaim and each cause of action against BHC therein are barred by the doctrine of unclean hands.

3. Counterclaimant is barred from asserting a wrongful arrest because the Vessel was arrested with probable cause.

4. Counterclaimant cannot maintain an action for wrongful arrest because BHC did not request that the Court arrest the Vessel out of malice, in bad faith, or in disregard of anyone's rights, including Counterclaimant's.

5. If the Counterclaimant sustained any damages as alleged in her Counterclaim, such damages were proximately caused and contributed to by

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

Counterclaimant in failing to mitigate her alleged damages. Counterclaimant's failure to mitigate her alleged damages diminishes any recovery herein.

**REQUESTED RELIEF**

WHEREFORE, BHC hereby requests that Cannon take nothing by virtue of the Counterclaim on file with this Court, that the Counterclaim and each cause of action therein be dismissed with prejudice, that judgment be entered in favor of BHC, including costs of suit herein, and for such other and further relief as the Court deems just and proper.

Dated: May 9, 2023

COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP
Attorneys for Plaintiff
BENICIA HARBOR CORPORATION dba
BENICIA MARINA

By: /S/ Max L. Kelley
Max L. Kelley
Marc T. Cefalu

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601