# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA<br><br>                      Plaintiff.<br><br>    v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., in rem, and DOES 1-10,<br><br>                     Defendants. | Case No. 2:23-cv-00205-JAM-CKD<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING LADY BENJAMIN PD CANNON'S *EX PARTE* APPLICATION TO FILE AND SERVE A LATE OPPOSITION TO PLAINTIFF'S MOTION FOR INTERLOCUTORY SALE OF VESSEL**<br><br>Date:     September 26, 2023<br>Time:    1:30 p.m. PT<br>Place:   Courtroom 6<br>Judge:  Judge John A. Mendez |

The *ex parte* application of Lady Benjamin PD Cannon ("Lady Benjamin") for an order permitting Lady Benjamin to file an opposition to the *Motion for Interlocutory Sale of Vessel* [Docket No. 32] (the "Sale Motion") filed by Benicia Harbor Corporation dba Benicia Marina ("Benicia Marina" or "Plaintiff") was requested by Lady Benjamin's counsel.  This Court having considered the request, the supporting documents filed contemporaneously therewith, and finding good cause exists, the Court hereby **GRANTS** the Application. Counsel is **DIRECTED** to file forthwith Lady Benjamins' opposition and cross-motion.

**IT IS SO ORDERED.**

Dated:  September 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE