

# United States District Court
# Eastern District of California

| BENICIA HARBOR CORPORATION | Case Number: | 2:23-cv-00205-DJC-CKD |

Plaintiff(s)

V.

M/V IDA LOUISE, Official No. 224650

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patrick A. Jackson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Counter Claimant Lady Benjamin PD Cannon

On 09/19/2007 (date), I was admitted to practice and presently in good standing in the State of Delaware (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/09/2023            Signature of Applicant: /s/ Patrick A. Jackson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Patrick A. Jackson |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 222 Delaware Avenue |
| | Suite 1410 |
| City: | Wilmington    State: DE    Zip: 19801 |
| Phone Number w/Area Code: | (302) 467-4200 |
| City and State of Residence: | Kennett Square, PA |
| Primary E-mail Address: | patrick.jackson@faegredrinker.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Maria Cho |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 1800 Century Park East |
| | Suite 1500 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 203-4000    Bar # 327388 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  October 10, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE