UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA<br><br>Plaintiff.<br><br>v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., in rem, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-00205-DJC-CKD<br><br>**IN ADMIRALTY**<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE IN LIGHT OF SETTLEMENT** |

The *Stipulation to Extend Deadline in Light of Settlement* (Dkt. No. 72) (the "Stipulation") by and between Benicia Harbor Corporation dba Benicia Marina and Lady Benjamin PD Cannon (collectively, the "Parties") came before the Court. Good cause having been found to approve the Stipulation, the Court hereby orders as follows:

1. The Stipulation is approved.
2. The Parties shall have until July 8, 2024, to file dispositional documents in accordance with the provisions of E.D. Cal. L.R. 160.

**IT IS SO ORDERED.**

Dated: June 5, 2024   /s/ Daniel J. Calabretta
  THE HONORABLE DANIEL J. CALABRETTA
  UNITED STATES DISTRICT JUDGE

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES