**FAEGRE DRINKER BIDDLE & REATH LLP**
Patrick A. Jackson (admitted *pro hac vice*)
patrick.jackson@faegredrinker.com
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Maria Cho (State Bar No. 327388)
maria.cho@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone: (310) 203-4000
Facsimile:  (310) 229-1825

*Attorneys for Lady Benjamin PD Cannon*

**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**
Max L. Kelley (State Bar No. 205943)
Marc T. Cefalu (State Bar No. 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: mkelley@cwlfirm.com

*Attorneys for Plaintiff BENICIA HARBOR CORPORATION dba BENICIA MARINA*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENICIA HARBOR CORPORATION dba BENICIA MARINA<br><br>Plaintiff.<br><br>v.<br><br>M/V IDA LOUISE, Official No. 224620, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., in rem, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-00205-DJC-CKD<br><br>**IN ADMIRALTY**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Benicia Harbor Corporation dba Benicia Marina ("Plaintiff") and Lady Benjamin PD Cannon ("Counter-Claimant") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate that this action and all claims, including all counterclaims and defenses therein, be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated:  July 3, 2024                                          FAEGRE DRINKER BIDDLE & REATH LLP

By:  */s/ Maria Cho*
Maria Cho

*Attorneys for Lady Benjamin PD Cannon*

Dated:  July 3, 2024                                          COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP

By:  */s/ Marc T. Cefalu*
Marc T. Cefalu

*Attorneys for Plaintiff BENICIA HARBOR CORPORATION dba BENICIA MARINA*

### SIGNATURE CERTIFICATION

I, Maria Cho, hereby certify that the content of this document is acceptable to Marc T. Cefalu, counsel of record for Plaintiff, and that I have obtained his authority to affix his electronic signature to this document.

*/s/ Maria Cho*
Maria Cho

Based on the Parties' stipulation, and good cause appearing, **IT IS SO ORDERED**.

Dated:  July 3, 2024                                          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE